# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**975**

**CAF 10-00593**

PRESENT: SMITH, J.P., CENTRA, CARNI, GREEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF LASTANZEA L., IVANNA L.,
SAMYA L., DEAJAH L., AND SHAVIONTAE L.
-------------------------------------------
ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

LAKESHA L., RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

MEMORANDUM AND ORDER

---

PETER J. DIGIORGIO, JR., UTICA, FOR RESPONDENT-APPELLANT.

JOHN A. HERBOWY, UTICA, FOR PETITIONER-RESPONDENT.

JOHN G. KOSLOSKY, ATTORNEY FOR THE CHILDREN, UTICA, FOR LASTANZEA L.,
IVANNA L., SAMYA L., DEAJAH L., AND SHAVIONTAE L.

---

Appeal from an order of the Family Court, Oneida County (Randal
B. Caldwell, J.), entered February 13, 2009 in a proceeding pursuant
to Social Services Law § 384-b.  The order revoked a suspended
judgment and terminated the parental rights of respondent.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Same Memorandum as in *Matter of Lastanzea L.* ([appeal No. 2] ___
AD3d ___ [Sept. 30, 2011]).

Entered:  September 30, 2011                    Patricia L. Morgan
                                                Clerk of the Court